AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>RICHARD PAVEL III (AKA: N/A)<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:25-mj-00197<br>Assigned To: Judge Harvey, G. Michael<br>Assign. Date: 9/2/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 5, 2025__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § § 2252(a)(2)(b)(1) | (Distribution/Receipt of Child Pornography). |

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Tonya Sturgill Griffith , Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 09/02/2025

*Judge's signature*

City and state: Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*